# United States District Court
# For The Western District of North Carolina
# Asheville Division

BOYD CLINTON THOMAS,

    Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                          1:12cv71

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/29/2012 Order.

                                                FRANK G. JOHNS, CLERK

                                                Signed: October 26, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court